UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CHRISTOPHER L. COLEMAN, | ) |
| | ) |
| Petitioner, | ) |
| | ) CAUSE NO. 3:17-CV-007-JD-JEM |
| vs. | ) |
| | ) |
| SUPERINTENDENT, | ) |
| | ) |
| Respondent. | ) |

## OPINION AND ORDER

Christopher L. Coleman, a pro se prisoner, filed a petition under 28 U.S.C. § 2254 challenging his prison disciplinary hearing in MCF 16-07-402 where a Disciplinary Hearing Officer (DHO) found him guilty of attempting to escape in violation of Indiana Department of Correction (IDOC) policy A-108 and A-111. ECF 1 at 1. As a result, he was sanctioned with the loss of 90 days earned credit time and was demoted from Credit Class 1 to Credit Class 2. *Id.*

After Coleman filed his petition, the IDOC vacated the guilty finding, restored his earned credit time, and dismissed the charges. ECF 11-2. Based on the IDOC's action, the Respondent filed a motion to dismiss arguing Coleman's petition is now moot. ECF 11. Coleman did not file a response and the time for doing so has passed. *See* N.D. Ind. L. Cr. R. 47-2.

The Respondent is correct: the petition is moot. The court cannot grant any relief in this case because the finding of guilt has already vacated and his earned credit time restored. That is to say, Coleman has already won and there is no case left for this court to decide. *See Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003) (prisoner can challenge prison disciplinary determination in habeas proceeding only when it resulted in a sanction that lengthened the duration of his confinement).

For these reasons, the court **GRANTS** the motion to dismiss (ECF 11) and **DISMISSES** this case. The clerk is **DIRECTED** to close this case.

**SO ORDERED**.

ENTERED: June 15, 2017

/s/ JON E. DEGUILIO
Judge
United States District Court